IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

DARYUS D. SULLIVAN,                     )
                                        )
              Plaintiff,                )
                                        )
    v.                                  )          CASE NO. 3:21-CV-689-WHA-SRW
                                        )
RUSSELL COUNTY JAIL, et. al.,           )
                                        )
              Defendants.               )

**ORDER**

On October 22, 2021, the Magistrate Judge filed a Recommendation to which no timely objection has been filed. Doc. 4. There being no objection filed to the Recommendation, and after an independent review of the file, the court concludes the Magistrate Judge's Recommendation should be adopted. Accordingly, it is ORDERED that:

1. The Recommendation of the Magistrate Judge Doc. 4 is ADOPTED.

2. Plaintiff's § 1983 claim against Russell County Jail and the Russell County Sheriff Department are DISMISSED with prejudice under 28 U.S.C. §1915A(b)(1).

3. Defendants Russell County Jail and Russell County Sheriff Department are TERMINATED as parties to this action prior to service of process.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure as to Defendants Russell County Jail and Russell County Sheriff Department.

This case is not closed and is referred to the United States Magistrate Judge for further proceedings regarding Plaintiff's claims against the remaining Defendants.

Done, this 16th day of November 2021.

/s/   W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE